| Fill in this information to identify your case: |
|---|

| Debtor 1 | ANTONICIA | | HOLMES |
|---|---|---|---|
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number (if known) ___25-14985___



☑ Check if this is an amended filing

USBC-MD G FILED
23 JUN '25 PM 1:09

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

### Part 1:    Summarize Your Assets

| | | Your assets<br>Value of what you own |
|---|---|---|
| 1. | *Schedule A/B: Property* (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from *Schedule A/B* ............................................................... | $ 749,000.00 |
| | 1b. Copy line 62, Total personal property, from *Schedule A/B* ...................................................... | $ 2,281,761.78 |
| | 1c. Copy line 63, Total of all property on *Schedule A/B* .............................................................. | $ 3,030,761.78 |

### Part 2:    Summarize Your Liabilities

| | | Your liabilities<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim*, at the bottom of the last page of Part 1 of *Schedule D* ........ | $ 355,889.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F* ...................................... | $ 3,450.35 |
| | 3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F* .................................. | + $ 281,062.35 |
| | **Your total liabilities** | $ 640,401.70 |

### Part 3:    Summarize Your Income and Expenses

| | | |
|---|---|---|
| 4. | *Schedule I: Your Income* (Official Form 106I) | |
| | Copy your combined monthly income from line 12 of *Schedule I* ...................................................... | $ 1,436.00 |
| 5. | *Schedule J: Your Expenses* (Official Form 106J) | |
| | Copy your monthly expenses from line 22c of *Schedule J* ............................................................. | $ 9,342.00 |



Debtor 1    ANTONICIA _____ HOLMES _____    Case number (if known) **25-14985**
      First Name     Middle Name     Last Name

---

| Part 4: | Answer These Questions for Administrative and Statistical Records |
| --- | --- |

**6. Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

☑ Yes

**7. What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

**8. From the *Statement of Your Current Monthly Income:*** Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$        1,436.00

**9. Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
| --- | --- |
| 9a. Domestic support obligations (Copy line 6a.) | $ 0.00 |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ 3,450.35 |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ 0.00 |
| 9d. Student loans. (Copy line 6f.) | $ 214,392.00 |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ 0.00 |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | + $ 0.00 |
| 9g. **Total.** Add lines 9a through 9f. | $ 217,842.35 |

**Fill in this information to identify your case:**

| | | |
|---|---|---|
| Debtor 1 | ANTONICIA | HOLMES |
| | First Name    Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name    Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Maryland | |
| Case number (if known) | 25-14985 | |

☑ Check if this is an amended filing

Official Form 106A/B

# Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.
☑ Yes. Where is the property?

---

**1.1**

6008 SUZANNE ROAD
Street address, if available, or other description

WALDORF        MD    20601-3201
City              State    ZIP Code

CHARLES-MD
County

**What is the property?** Check all that apply.
☑ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

APN: 08037426; Book 11409, at Page 492

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 475,000.00 | $ 475,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

fee simple

☐ Check if this is community property (see instructions)

---

If you own or have more than one, list here:

**1.2**

Westgate Vacation Villas Resort
Street address, if available, or other description

7700 Westgate Blvd

Kissimmee        FL    34747
City              State    ZIP Code

OSCEOLA-FL
County

**What is the property?** Check all that apply.
☐ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☑ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Other information you wish to add about this item, such as local property identification number:**

Phase XXIV; Book 1488, at Page 1068; VVA/01 / 40 / ODD & VVA/01 / 47 / EVEN

*Do not deduct secured claims or exemptions. Put the amount of any secured claims on Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| $ 274,000.00 | $ 274,000.00 |

**Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.**

fee simple

☐ Check if this is community property (see instructions)

---

Debtor 1    ANTONICIA                    HOLMES             Case number *(if known)* 25-14985

          First Name             Middle Name          Last Name

---

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here. ....................................................................... → $       749,000.00

---

## Part 2: Describe Your Vehicles

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☐ No
   ☑ Yes

| 3.1 | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Make: | Honda | ☑ Debtor 1 only | |
| | Model | Civic | ☐ Debtor 2 only | |
| | Year: | 2016 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | | ☐ At least one of the debtors and another | |
| | Other information: | | | |
| | | | ☐ Check if this is community property (see instructions) | $   7,800.00    $   7,800.00 |

If you own or have more than one, describe here:

| 3.2 | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Make: | Chevy | ☑ Debtor 1 only | |
| | Model | Cruze HB | ☐ Debtor 2 only | |
| | Year: | 2018 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | 135000 | ☐ At least one of the debtors and another | |
| | Other information: | | | |
| | | | ☐ Check if this is community property (see instructions) | $   5,400.00    $   5,400.00 |

| 3.3 | | | Who has an interest in the property? Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|---|---|
| | Make: | Ford | ☑ Debtor 1 only | |
| | Model | Focus | ☐ Debtor 2 only | |
| | Year: | 2010 | ☐ Debtor 1 and Debtor 2 only | **Current value of the entire property?**    **Current value of the portion you own?** |
| | Approximate mileage: | 152000 | ☐ At least one of the debtors and another | |
| | Other information: | | | |
| | | | ☐ Check if this is community property (see instructions) | $   2,900.00    $   2,900.00 |

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**

   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

---

Debtor 1   ANTONICIA                    HOLMES                              Case number (*if known*)  25-14985
    First Name   Middle Name   Last Name

| Make: _____ | **Who has an interest in the property?** Check one. | Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.* |
|---|---|---|
| Model _____ | ☐ Debtor 1 only | |
| Year: _____ | ☐ Debtor 2 only | **Current value of the entire property?** **Current value of the portion you own?** |
| Other information: | ☐ Debtor 1 and Debtor 2 only | |
| | ☐ At least one of the debtors and another | |
| | ☐ **Check if this is community property** (see instructions) | $ _____   $ _____ |

5.  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.** ............................................................................................ ➔   $ _____16,100.00

| Debtor 1 | ANTONICIA | | HOLMES | Case number *(if known)* 25-14985 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3:    Describe Your Personal and Household Items

| Do you own or have any legal or equitable interest in any of the following items? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

6. **Household goods and furnishings**

   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No

   ☑ Yes. Describe. ....... Living Room set (2), Dining Room set (1), Bedroom Furniture (3), Beds (3), Dishes, Silverware set (1)      $ 7,000.00

7. **Electronics**

   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No

   ☑ Yes. Describe. ....... Printer (2), Laptop (1), Television (5), Cellphone (1)      $ 850.00

8. **Collectibles of value**

   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No

   ☐ Yes. Describe. .......      $ _____

9. **Equipment for sports and hobbies**

   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No

   ☐ Yes. Describe. .......      $ _____

10. **Firearms**

    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No

    ☐ Yes. Describe. .......      $ _____

11. **Clothes**

    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No

    ☑ Yes. Describe. ....... Everyday Clothes, everyday shoes, accessories      $ 1,000.00

12. **Jewelry**

    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No

    ☐ Yes. Describe. .......      $ _____

Debtor 1    ANTONICIA                    HOLMES                    Case number (*if known*)  25-14985

First Name        Middle Name        Last Name

---

13. **Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☑ No

☐ Yes. Describe. ....... [                                    ]    $ _____

14. **Any other personal and household items you did not already list, including any health aids you did not list**

☑ No

☐ Yes. Give specific
information. .......... [                                    ]    $ _____

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached**
**for Part 3. Write that number here.** ................................................................................. ➔   $          8,850.00

---

Debtor 1  ANTONICIA         HOLMES                                          Case number (*if known*) 25-14985
          First Name   Middle Name   Last Name

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own? Do not deduct secured claims or exemptions. |
|---|---|

**16. Cash**

*Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

☑ No
☐ Yes ............................................................................................................    Cash: ................  $ _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.

☐ No
☑ Yes...................

|  |  | Institution name: |  |
|---|---|---|---|
| 17.1 | Checking account: | Relay Financial | $ 31.00 |
| 17.2 | Checking account: | Charles Schwab | $ 25.00 |
| 17.3 | Checking account: | Sutton Bank / Cashapp | $ 52.00 |

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No
☐ Yes...................   Institution or issuer name:

_____   $ _____

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☐ No
☑ Yes. Give specific information about them .....................

| Name of entity: | % of ownership: |  |
|---|---|---|
| The Rujalan Group, LLC | 100 % | $ 100.00 |

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☐ No
☑ Yes. Give specific information about them .....................

| Issuer name: |  |
|---|---|
| First Home Mortgage Corp., Security Instrument (Note) - (MINS 1000915-0000242402-3) | $ 565,741.65 |
| Capital One Auto Finance (Note -6205153862853) | $ 29,093.04 |
| Navy Federal Credit Union (Note - 4300158558572) | $ 27,937.00 |
| Wells Fargo | $ 37,800.00 |
| OneMain Financial | $ 19,862.44 |

Debtor 1   ANTONICIA                          HOLMES                                    Case number (*if known*) 25-14985
          First Name      Middle Name       Last Name

| | | |
|---|---|---|
| Mariner Finance | $ | 4,397.00 |
| Westgate Resorts/Westgate Vacation Villas LLC (Notes - 74395623098-000 & 51098183331-000) | $ | 58,079.00 |
| Department of Education/Sallie Mae/Navient/Nelnet/FedLoan/Mohela | $ | 215,000.00 |
| Secretary of the Housing and Urban Development (HUD) (PCD/Note - 1469369647) | $ | 15,741.65 |

21. **Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

- [✓] No
- [ ] Yes. List each
  account separately.   Type of account:          Institution name:

  $ _____

22. **Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

- [✓] No
- [ ] Yes.........................   Institution name or individual:

  $ _____

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)

- [✓] No
- [ ] Yes.........................   Issuer name and description:

  $ _____

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

- [✓] No
- [ ] Yes.........................   Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

  $ _____

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

- [ ] No
- [✓] Yes. Give specific
  information about them .....   | Antonicia Holmes Revocable Trust, Antonicia Holmes Living Trust, Holmes-Carter Living Trust. Contingent interest in the listed Trusts; no current distributions or control. |   $   475,000.00

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**

*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

- [ ] No
- [✓] Yes. Give specific
  information about them .....   | TheRujalanGroup.com domain |   $   99.00

Debtor 1    ANTONICIA                    HOLMES                              Case number (*if known*) 25-14985
_____
First Name      Middle Name      Last Name

---

**27. Licenses, franchises, and other general intangibles**

*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☐ No

☑ Yes. Give specific
information about them ..... | Comptia Security+CE Certification | $ | 250.00

---

**Money or property owed to you?**  —  *Current value of the portion you own? Do not deduct secured claims or exemptions.*

**28. Tax refunds owed to you**

☑ No

☐ Yes. Give specific information
about them, including whether
you already filed the returns
and the tax years. ..................... | Federal: | $ _____
| State: | $ _____
| Local: | $ _____

**29. Family support**

*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No

☐ Yes. Give specific information. ........ | Alimony: | $ _____
| Maintenance: | $ _____
| Support: | $ _____
| Divorce Settlement: | $ _____
| Property Settlement: | $ _____

**30. Other amounts someone owes you**

*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation,
Social Security benefits; unpaid loans you made to someone else

☑ No

☐ Yes. Give specific information. ........ | $ _____

**31. Interests in insurance policies**

*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No

☑ Yes. Name the insurance company
of each policy and list its value. ....

| Company name: | Beneficiary: | |
|---|---|---|
| Liberty Mutual | ANTONICIA HOLMES | $ 500.00 |
| Boston Mutual | ANTONICIA HOLMES | $ 1,073.00 |

**32. Any interest in property that is due you from someone who has died**

If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive
property because someone has died.

☑ No

☐ Yes. Give specific information. ........ | $ _____

---

Debtor 1    ANTONICIA                                HOLMES                          Case number *(if known)* 25-14985
            First Name        Middle Name          Last Name

---

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**

    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

    ☑ No

    ☐ Yes. Give specific information. ........                                                        $ _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

    ☐ No

    ☑ Yes. Give specific information. ........    Notice of Interest & Equitable personal injury Claim filed into case C-08-CV-    $ _____806,030.00
                                                  24-000753, claiming an equitable and beneficial interest in the property
                                                  known as 6008 Suzanne Road, Waldorf, Maryland 20601, currently titled
                                                  under the Antonicia Holmes Revocable Trust. Also, NOI & Equitable personal
                                                  injury Claim to be soon filed against Westgate Resorts, Capital One, NFCU
                                                  for the subject properties to be titled under the Antonicia Holmes Living Trust.

35. **Any financial assets you did not already list**

    ☑ No

    ☐ Yes. Give specific information. ........                                                        $ _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached
    for Part 4. Write that number here** .................................................................................... ➜    $ _____2,256,811.78

---

Debtor 1  ANTONICIA                              HOLMES                                              Case number *(if known)*  25-14985

First Name        Middle Name        Last Name

| Part 5: | Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1. |
|---|---|

**37.** **Do you own or have any legal or equitable interest in any business-related property?**

☑ No. Go to Part 6.
☐ Yes. Go to line 38.

> **Current value of the portion you own?**
> Do not deduct secured claims or exemptions.

**38.** **Accounts receivable or commissions you already earned**

☐ No
☐ Yes. Describe ....... [                    ]                        $ _____

**39.** **Office equipment, furnishings, and supplies**

*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☐ No
☐ Yes. Describe ....... [                    ]                        $ _____

**40.** **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☐ No
☐ Yes. Describe ...... [                    ]                        $ _____

**41.** **Inventory**

☐ No
☐ Yes. Describe ...... [                    ]                        $ _____

**42** **Interests in partnerships or joint ventures**

☐ No
☐ Yes. Describe .......   Name of entity:                          % of ownership:

_____     0 %     $ _____

**43.** **Customer lists, mailing lists, or other compilations**

☐ No
☐ Yes. **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes. Describe ....... [                    ]                    $ _____

**44.** **Any business-related property you did not already list**

☐ No
☐ Yes. Give specific information ...........

_____     $ _____

**45.** **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here** ...................................................................................... ➔     $ _____ 0.00

Debtor 1    ANTONICIA                    HOLMES                                    Case number *(if known)* 25-14985
            First Name    Middle Name    Last Name

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.** |
|---|---|
| | If you own or have an interest in farmland, list it in Part 1. |

**46. Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

- [✓] No. Go to Part 7.
- [ ] Yes. Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47. Farm animals**

*Examples:* Livestock, poultry, farm-raised fish

- [ ] No
- [ ] Yes ..................... [_____]    $ _____

**48. Crops—either growing or harvested**

- [ ] No
- [ ] Yes. Give specific
  information .......... [_____]    $ _____

**49. Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

- [ ] No
- [ ] Yes ..................... [_____]    $ _____

**50. Farm and fishing supplies, chemicals, and feed**

- [ ] No
- [ ] Yes ..................... [_____]    $ _____

**51. Any farm- and commercial fishing-related property you did not already list**

- [ ] No
- [ ] Yes. Give specific
  information .......... [_____]    $ _____

**52. Add the dollar value of all of your entries from Part 6, including any entries for pages you have attached for Part 6. Write that number here** ........................................................................................... ➔    $ _____

Debtor 1    ANTONICIA                                    HOLMES                              Case number (*if known*)  25-14985
            First Name          Middle Name              Last Name

---

| **Part 7:** | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

53. **Do you have other property of any kind you did not already list?**

   *Examples:*  Season tickets, country club membership

   ☑ No

   ☐ Yes. Give specific
       information ..........

   _____          $ _____

54. **Add the dollar value of all of your entries from Part 7. Write that number here** .................................... ➔   $ _____ 0.00

---

| **Part 8:** | **List the Totals of Each Part of this Form** |
|---|---|

55. **Part 1: Total real estate, line 2** ....................................................................................................... ➔   $       749,000.00

56. **Part 2: Total vehicles, line 5**                                         $        16,100.00

57. **Part 3: Total personal and household items, line 15**                    $         8,850.00

58. **Part 4: Total financial assets, line 36**                                $     2,256,811.78

59. **Part 5: Total business-related property, line 45**                       $             0.00

60. **Part 6: Total farm- and fishing-related property, line 52**              $ _____

61. **Part 7: Total other property not listed, line 54**                      +$             0.00

62. **Total personal property.** Add lines 56 through 61. ...........   $     2,281,761.78   Copy personal property total ➔  +$     2,281,761.78

63. **Total of all property on Schedule A/B.** Add line 55 + line 62. .....................................................................   $     3,030,761.78

---

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ANTONICIA | | HOLMES |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Maryland | | |
| Case number (If known) | 25-14985 | | |

☑ Check if this is an amended filing

Official Form 106C

# Schedule C: The Property You Claim as Exempt

04/25

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.** One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

## Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description: 2016 Honda Civic<br>Line from *Schedule A/B*: 3.1 | $ 7,800.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); |
| Brief description: 2018 Chevy Cruze HB<br>Line from *Schedule A/B*: 3.2 | $ 5,400.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4). |
| Brief description: 2010 Ford Focus<br>Line from *Schedule A/B*: 3.3 | $ 2,900.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4). |
| Brief description: Living Room set (2), Dining Room set (1), Bedroom Furniture (3), Beds (3), Dishes, Silverware set (1) | $ 7,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4). |

| Debtor 1 | ANTONICIA | HOLMES | | Case number (*if known*) 25-14985 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Line from** *Schedule A/B:* 6 | | | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| **Brief description:** Everyday Clothes, everyday shoes, accessories<br>**Line from** *Schedule A/B:* 11 | $    1,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| **Brief description:** Printer (2), Laptop (1), Television (5), Cellphone (1)<br>**Line from** *Schedule A/B:* 7 | $    850.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5), Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| **Brief description:** Liberty MutualANTONICIA HOLMES<br>**Line from** *Schedule A/B:* 31.1 | $    500.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| **Brief description:** Boston MutualANTONICIA HOLMES<br>**Line from** *Schedule A/B:* 31.2 | $    1,073.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(5); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| **Brief description:** 6008 SUZANNE ROAD, WALDORF, MD 20601-3201<br>**Line from** *Schedule A/B:* 1.1 | $    475,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4);  Md. Code Ann., Tax-Prop. § 14-811(c). |
| **Brief description:** Westgate Vacation Villas Resort, 7700 Westgate Blvd, Kissimmee, FL 34747<br>**Line from** *Schedule A/B:* 1.2 | $    274,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Tax-Prop. § 14-811(c). |
| **Brief description:** Antonicia Holmes Revocable Trust, Antonicia Holmes Living Trust, Holmes-Carter Living Trust.  Contingent interest in the listed Trusts; | $    475,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § |

| Debtor 1 | ANTONICIA | | HOLMES | Case number *(if known)* 25-14985 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 2:   Additional Page

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own? Copy the value from *Schedule A/B* | Amount of the exemption you claim *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| no current distributions or control.<br><br>Line from *Schedule A/B:* 25 | | | 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Tax-Prop. § 14-811(c). |
| Brief description: Department of Education/Sallie Mae/Navient/Nelnet/FedLoan/Mohela<br><br>Line from *Schedule A/B:* 20.8 | $   215,000.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Notice of Interest & Equitable personal injury Claim filed into case C-08-CV-24-000753, claiming an equitable and beneficial interest in the property known as 6008 Suzanne Road, Waldorf, Maryland 20601, currently titled under the Antonicia Holmes Revocable Trust. Also, NOI & Equitable personal injury Claim to be soon filed against Westgate Resorts, Capital One, NFCU for the subject properties to be titled under the Antonicia Holmes Living Trust.<br><br>Line from *Schedule A/B:* 34 | $   806,030.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Tax-Prop. § 14-811(c). |
| Brief description: First Home Mortgage Corp., Security Instrument (Note) - (MINS 1000915-0000242402-3)<br><br>Line from *Schedule A/B:* 20.1 | $   565,741.65 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Tax-Prop. § 14-811(c). |
| Brief description: Capital One Auto Finance (Note -6205153862853)<br><br>Line from *Schedule A/B:* 20.2 | $   29,093.04 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Navy Federal Credit Union (Note - 4300158558572) | $   27,937.00 | ☐ $ _____<br>☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11- |

| Debtor 1 | ANTONICIA | | HOLMES | | Case number *(if known)* 25-14985 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

**Part 2:**   **Additional Page**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own?  Copy the value from *Schedule A/B* | Amount of the exemption you claim  *Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| Line from *Schedule A/B:* 20.3 | | | 504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Checking Account Charles Schwab  Line from *Schedule A/B:* 17.2 | $  25.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Checking Account Relay Financial  Line from *Schedule A/B:* 17.1 | $  31.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Checking Account Sutton Bank / Cashapp  Line from *Schedule A/B:* 17.3 | $  52.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h) |
| Brief description: Wells Fargo  Line from *Schedule A/B:* 20.4 | $  37,800.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: OneMain Financial  Line from *Schedule A/B:* 20.5 | $  19,862.44 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: The Rujalan Group, LLC  Line from *Schedule A/B:* 19.1 | $  100.00 | ☐ $ _____  ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5);  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |

Debtor 1  ANTONICIA                         HOLMES                           Case number (if known) 25-14985
         First Name    Middle Name         Last Name

| Part 2: | Additional Page | | | |
|---|---|---|---|---|
| **Brief description of the property and line on** *Schedule A/B* **that lists this property** | | **Current value of the portion you own?** Copy the value from *Schedule A/B* | **Amount of the exemption you claim** *Check only one box for each exemption.* | **Specific laws that allow exemption** |
| Brief description: Line from *Schedule A/B*: | Mariner Finance 20.6 | $ 4,397.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Line from *Schedule A/B*: | TheRujalanGroup.com domain 26 | $ 99.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h). |
| Brief description: Line from *Schedule A/B*: | Employment/Personal Injury - Antonicia Holmes vs Paragon Case 18-042-P(CN). 33 | $ 325,000.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2).  Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(7). |
| Brief description: Line from *Schedule A/B*: | Comptia Security+CE Certification 27 | $ 250.00 | ☐ $ _____ ☑ 100% of fair market value, up to any applicable statutory limit | Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(4); Maryland Code – Courts and Judicial Proceedings § 11-504(b)(5); Md. Code Ann., Cts. & Jud. Proc. § 11-504(h); Md. Code Ann., Cts. & Jud. Proc. § 11-504(b)(2). |

3. **Are you claiming a homestead exemption of more than $214,000?**
(Subject to adjustment on 4/01/28 and every 3 years after that for cases filed on or after the date of adjustment.)

☑ No

☐ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

    ☐ No

    ☐ Yes

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ANTONICIA | | HOLMES |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: District of Maryland

Case number 25-14985
(If known)

☑ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. **Do any creditors have claims secured by your property?**
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

## Part 1: List All Secured Claims

2. **List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|---|
| **2.4** | **CAPITAL ONE AUTO FINANCE** Creditor's Name | $ 9,850.00 | $ 7,800.00 | $ 2,050.00 |

**2.4** CAPITAL ONE AUTO FINANCE
Creditor's Name

7933 Preston Rd
Number    Street

Plano          TX    75024
City           State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Date debt was incurred** 10/31/2019

Describe the property that secures the claim:
2016 HONDA ACCORD, RED; VIN 2HGFC2F50GH555764

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

**Last 4 digits of account number** 2853

---

| | | Column A | Column B | Column C |
|---|---|---|---|---|
| **2.1** | **FIRST HOME MORTGAGE** Creditor's Name | $ 304,825.00 | $ 475,000.00 | $ |

**2.1** FIRST HOME MORTGAGE
Creditor's Name

6211 Greenleigh Ave
Number    Street

Ste. 300

Baltimore        MD    22120
City             State  ZIP Code

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Describe the property that secures the claim:
6008 Suzanne Rd, Waldorf, MD 20601. APN# 08037426;

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☑ Disputed

**Nature of lien.** Check all that apply.
☑ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

Debtor 1   ANTONICIA _____ HOLMES _____   Case number (if known) 25-14985

_First Name_        _Middle Name_        _Last Name_

| Part 1: | **Additional Page**<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|---|

Date debt was incurred 07/24/2020        Last 4 digits of account number  4915

| 2.5 | NAVY FEDERAL CREDIT UNION | Describe the property that secures the claim: | $ 18,841.00 | $ 5,400.00 | $ 13,441.00 |

_Creditor's Name_

P.O. BOX 3700

_Number_   _Street_

Describe the property that secures the claim:
2018 Chevy Cruze HB, Red; VIN 3G1BE6SM5JS601601

Merrifield         VA    22119

_City_          _State_   _ZIP Code_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred 05/30/2023        Last 4 digits of account number  5725

| 2.2 | WESTGATE VACATION VILLAS RESORT | Describe the property that secures the claim: | $ 5,373.00 | $ 25,178.00 | $ |

_Creditor's Name_

7700 Westgate Blvd

_Number_   _Street_

VVA/01/40/ ODD

Describe the property that secures the claim:
Phase XXIV; PIN: R102527-5451-0001-0010; 7700 Westgate Blvd, Kissimmee, FL 34747

Kissimmee       FL    34747

_City_          _State_   _ZIP Code_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit
- [ ] Other (including a right to offset)

Date debt was incurred 07/05/2016        Last 4 digits of account number  2309

| 2.3 | WESTGATE VACATION VILLAS RESORT | Describe the property that secures the claim: | $ 17,000.00 | $ 32,901.00 | $ |

_Creditor's Name_

7700 Westgate Blvd

_Number_   _Street_

VVA/01/47/ EVEN

Describe the property that secures the claim:
Phase XXIV; PIN: R102527-5451-0001-0010; 7700 Westgate Blvd, Kissimmee, FL 34747

Kissimmee       FL    34747

_City_          _State_   _ZIP Code_

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Who owes the debt?** Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only

**Nature of lien.** Check all that apply.
- [x] An agreement you made (such as mortgage or secured car loan)
- [ ] Statutory lien (such as tax lien, mechanic's lien)
- [ ] Judgment lien from a lawsuit

Debtor 1   ANTONICIA _____ HOLMES _____    Case number (*if known*) 25-14985

    First Name    Middle Name    Last Name

| Part 1: | Additional Page<br>After listing any entries on this page, number them beginning with 2.3, followed by 2.4, and so forth. | Column A<br>Amount of claim<br>Do not deduct the<br>value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim | Column C<br>Unsecured<br>portion<br>If any |
|---|---|---|---|---|
| | ☐ At least one of the debtors and another   ☐ Other (including a right to offset) | | | |
| | ☐ **Check if this claim is for a community debt** | | | |
| | Date debt was incurred 09/04/2022   Last 4 digits of account number  3331 | | | |
| | **Column A dollar value totals from all pages.** | $  355,889.00 | | |

| Debtor 1 | ANTONICIA | | HOLMES | Case number (*if known*) | 25-14985 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

| 3.1 | AIS Portfolio Services, LLC | | | On which line in Part 1 did you enter the creditor? | 2.4 |
|---|---|---|---|---|---|
| | Name | | | | |
| | 4515 N Santa Fe Ave | | | Last 4 digits of account number | 2853 |
| | Number       Street | | | | |
| | Oklahoma City | OK | 73118 | | |
| | City | State | ZIP Code | | |

| Fill in this information to identify your case: | | |
|---|---|---|
| Debtor 1 | ANTONICIA | HOLMES |
| | First Name        Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | |
| | First Name        Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Maryland | |
| Case number (if known) | 25-14985 | |

☑ Check if this is an amended filing

Official Form 106E/F

# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Have Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

## Part 1:    List All of Your PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims against you?**
☐ No. Go to Part 2.
☑ Yes.

**2. List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | | | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|---|---|
| **2.1** | | | | | |

| 2.1 | Internal Revenue Service | Last 4 digits of account number  8757 | $ 3,450.35 | $ 3,450.35 | $ |
|---|---|---|---|---|---|

Priority Creditor's Name

When was the debt incurred?  01/01/2022

Number     Street

As of the date you file, the claim is: Check all that apply

KANSAS CITY        MO        64999-0010
City                State        ZIP Code

☐ Contingent
☐ Unliquidated
☑ Disputed

**Who incurred the debt? Check one.**
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of PRIORITY unsecured claim:**
☐ Domestic support obligations
☑ Taxes and certain other debts you owe the government
☐ Claims for death or personal injury while you were intoxicated
☐ Other. Specify

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor 1   ANTONICIA                    HOLMES
           First Name    Middle Name    Last Name          Case number (if known) 25-14985

---

| **Part 2:** | **List ALL of Your NONPRIORITY Unsecured Claims** |

**3. Do any creditors have nonpriority unsecured claims against you?**

☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

☑ Yes

**4. List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3. If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

Total claim

**4.4**

Capital One Bank USA
Nonpriority Creditor's Name

P.O. BOX 31293
Number     Street

Salt Lake City            UT        84131-1293
City                      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1229           $    3,027.00

**When was the debt incurred?**  07/15/2014

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Credit Card

---

**4.5**

Capital One Bank USA
Nonpriority Creditor's Name

P.O. BOX 31293
Number     Street

Salt Lake City            UT        84131-1293
City                      State      ZIP Code

**Who incurred the debt?** Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

Last 4 digits of account number  1768           $    1,228.00

**When was the debt incurred?**  07/17/2013

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify     Credit Card

---

**4.26**

Central Violations Bureau (CVB)
Nonpriority Creditor's Name

P.O. BOX 780549
Number     Street

San Antonio               TX        78278-0549
City                      State      ZIP Code

Last 4 digits of account number  8601           $     125.00

**When was the debt incurred?**  02/13/2024

**As of the date you file, the claim is:** Check all that apply

---

| Debtor 1 | ANTONICIA | | HOLMES | | Case number (*if known*) | 25-14985 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | **Total claim**

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   Traffic Citation No. E1968601

---

| 4.27 | Central Violations Bureau (CVB) | | | Last 4 digits of account number   8602 | $ | 110.00 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

P.O. BOX 780549
Number    Street

**When was the debt incurred?** 02/13/2024

| San Antonio | TX | 78278-0549 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   Traffic Citation No. E1968602

---

| 4.21 | Charles County Maryland | | | Last 4 digits of account number   5297 | $ | 292.50 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

School Bus Safety Program
Number    Street

P.O. BOX 411472

**When was the debt incurred?** 11/15/2024

| Boston | MA | 02241-1472 |
|---|---|---|
| City | State | ZIP Code |

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify   Citation No. CR-3445297

---

| 4.17 | Charles County Water & Sewer | | | Last 4 digits of account number   1358 | $ | 195.76 |
|---|---|---|---|---|---|---|

Nonpriority Creditor's Name

Debtor 1 ANTONICIA HOLMES
First Name   Middle Name   Last Name

Case number (*if known*) 25-14985

## Part 2: Your NONPRIORITY Unsecured Claims - Continuation Page

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim

200 Baltimore Street
Number   Street

P.O. BOX 1630

LaPlata                     MD       20646-1630
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**When was the debt incurred?** 05/19/2025

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Water and Sewer Bill

---

**4.12** CITIBANK - HOME DEPOT
Nonpriority Creditor's Name

P.O. BOX 6045
Number   Street

Sioux Falls                 SD       57117-6405
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No
- [ ] Yes

**Last 4 digits of account number** 5181

**When was the debt incurred?** 09/2020

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify    Credit Card

$ 2,400.00

---

**4.30** CITY OF SEAT PLEASANT
Nonpriority Creditor's Name

P.O. BOX 17475
Number   Street

Baltimore                   MD       21297-1475
City                        State    ZIP Code

**Who incurred the debt?** Check one.

- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**

- [x] No

**Last 4 digits of account number** 0395

**When was the debt incurred?** 08/01/2024

**As of the date you file, the claim is:** Check all that apply

- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**

- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

$ 75.00

---

| Debtor 1 | ANTONICIA | | HOLMES | | Case number *(if known)* 25-14985 |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

☐ Yes                                                    Camera Citation No. SP41750395

---

**4.9**

CREDIT ONE BANK
Nonpriority Creditor's Name

P.O.BOX 60500
Number    Street

City of Industry            CA        91716-0500
City                        State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7444

**When was the debt incurred?**  11/2021

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify    Credit Card

$    1,817.34

---

**4.14**

Dept of ED / NELNET/ NAVIENT /FEDLOAN
Nonpriority Creditor's Name

121 S 13TH ST
Number    Street

STE 301

Lincoln            NE        68508
City                State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  1858

**When was the debt incurred?**  11/05/2015

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☑ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Other. Specify

$ 184,000.00

---

**4.24**

District Court for Prince George's County
Nonpriority Creditor's Name

Traffic Adjudication
Number    Street

14735 Main Street, Ste. 173B

Upper Marlboro        MD        20772-3042
City                  State      ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Last 4 digits of account number  0SR2

**When was the debt incurred?**  11/16/2023

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans

$    160.00

---

Debtor 1  ANTONICIA                    HOLMES                                    Case number (*if known*)  25-14985
          First Name    Middle Name    Last Name

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Traffic Citation #SZW0SR2

---

**4.25**  District Court for Prince George's County
Nonpriority Creditor's Name

Traffic Adjudication
Number    Street

14735 Main Street, Ste. 173B

Upper Marlboro          MD    20772-3042
City                    State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0SR2

When was the debt incurred?  11/16/2023

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Traffic Citation #SZX0SR2

$    90.00

---

**4.22**  DISTRICT OF COLUMBIA
Nonpriority Creditor's Name

ADJUDICATION SERVICES
Number    Street

P.O. BOX 37135

Washington DC           DC    20013
City                    State  ZIP Code

Who incurred the debt? Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

Is the claim subject to offset?
☑ No
☐ Yes

Last 4 digits of account number  0407

When was the debt incurred?  03/27/2025

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Citation No. D053530407

$    200.00

---

**4.10**  ELASTIC FINANCE
Nonpriority Creditor's Name

REPULIC BANK & TRUST COMPANY
Number    Street

P.O.BOX 950276

Louisville              KY    40295-0276
City                    State  ZIP Code

Who incurred the debt? Check one.

Last 4 digits of account number  6765

When was the debt incurred?  05/08/2017

As of the date you file, the claim is: Check all that apply
☐ Contingent

$    4,290.00

---

Debtor 1   ANTONICIA          HOLMES                              Case number *(if known)* 25-14985

First Name      Middle Name      Last Name

---

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Consumer Loan

---

**4.31**  EMPOWER FINANCE, INC

Nonpriority Creditor's Name

9169 W State St #499

Number    Street

Garden City          ID      83714

City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  8757

When was the debt incurred?  04/28/2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

CASH ADVANCE SERVICE APP

$  360.50

---

**4.23**  EXPRESS LANES /

Nonpriority Creditor's Name

Transurban (USA) Operations Inc.

Number    Street

P.O. BOX 23530

Alexandria          VA      22304

City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number  7854

When was the debt incurred?  5/23/2025

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify

Express Lanes Toll Invoice

$  22.15

---

**4.8**  FIRST SAVINGS-BLAZE

Nonpriority Creditor's Name

1500 Highline Ave

Number    Street

Last 4 digits of account number  2401

$  811.00

---

Debtor 1  ANTONICIA                          HOLMES                                    Case number (if known) 25-14985
          First Name      Middle Name        Last Name

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim

When was the debt incurred? 06/23/2015

Sioux Falls                    SD          57108
City                           State       ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify  Credit Card

---

**4.19**  HARRIS & HARRIS DC
Nonpriority Creditor's Name

P.O. Box 96934
Number    Street

Washington DC                  DC          20090
City                           State       ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  459A

When was the debt incurred?  10/21/2023

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify
  Tickets: 6826-A $360; 9860-A $240; 0459-A $120; 0943-A $0943; 5864-A $240; 4721-A $240; 5816-A $240; 7703-A $240

$  1,920.00

---

**4.11**  Layma, LLC dba Little Lake Lending
Nonpriority Creditor's Name

2770 Mission Rancheria Rd.
Number    Street
#393
Lakeport                       CA          95453
City                           State       ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

Last 4 digits of account number  35YL

When was the debt incurred?  10/09/2024

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims

$  2,131.00

---

| Debtor 1 | ANTONICIA | | HOLMES | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

Case number (*if known*) 25-14985

| **Part 2:** | **Your NONPRIORITY Unsecured Claims - Continuation Page** |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify
  Consumer Loan

---

**4.13**

LIBERTY MUTUAL
Nonpriority Creditor's Name

175 BERKELEY STREET
Number    Street

Boston                    MA        02116
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  4036

When was the debt incurred?  11/01/2023

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify
  AUTO INSURANCE

$    1,415.00

---

**4.3**

Mariner Finance
Nonpriority Creditor's Name

8211 TOWN CENTER DRIVE
Number    Street

Baltimore                MD        21236
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [✓] No
- [ ] Yes

Last 4 digits of account number  3212

When was the debt incurred?  05/26/2023

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [✓] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [✓] Other. Specify
  Consumer Loan

$    2,839.00

---

**4.28**

Maryland Department of Transportation (MDOT)
Nonpriority Creditor's Name

6601 Ritchie Hwy, NE
Number    Street

Attn Admin Flag Unit / Rm 47B

Glen Burnie              MD        21062
City                        State      ZIP Code

**Who incurred the debt?** Check one.
- [✓] Debtor 1 only

Last 4 digits of account number  5297

When was the debt incurred?  02/26/2025

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated

$    30.00

---

Debtor 1    ANTONICIA                    HOLMES                          Case number *(if known)*  25-14985

First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---------|------------------------------------------------------|

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim

☑ Disputed

**Type of NONPRIORITY unsecured claim:**

☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**☐ Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ Other. Specify

☑ No
☐ Yes

Flag for Citation No. CR-3445297

---

**4.29**

Maryland Department of Transportation (MDOT)
Nonpriority Creditor's Name

Last 4 digits of account number  0395        $    30.00

6601 Ritchie Hwy, NE
Number    Street

When was the debt incurred?  09/23/2024

Attn Admin Flag Unit / Rm 47B

Glen Burnie                MD        21062
City                      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**☐ Check if this claim is for a community debt**

☑ Other. Specify

**Is the claim subject to offset?**

Flag Fee for Citation No. SP41750395

☑ No
☐ Yes

---

**4.7**

MERRICK BANK
Nonpriority Creditor's Name

Last 4 digits of account number  4077        $   2,247.00

PO Box 9201 10705 S Jordan Gtwy
Number    Street

When was the debt incurred?  07/17/2013

Ste 20

Old Bethpage              NY        11804-9001
City                      State      ZIP Code

**As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.

☐ Contingent
☐ Unliquidated
☑ Disputed

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

**Type of NONPRIORITY unsecured claim:**

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts

**☐ Check if this claim is for a community debt**

☑ Other. Specify

**Is the claim subject to offset?**

Credit Card

☑ No
☐ Yes

---

**4.15**

MOHELA / NAVIENT
Nonpriority Creditor's Name

Last 4 digits of account number  1370        $  30,392.00

P.O. BOX 9500
Number    Street

---

Debtor 1   ANTONICIA          HOLMES
           First Name   Middle Name   Last Name

Case number (*if known*)   25-14985

---

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
|---|---|

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

When was the debt incurred?   09/27/2005

Wilkes-Barre                          PA          18773-9500
City                                  State       ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [x] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [ ] Other. Specify _____

---

**4.6**   NAVY FEDERAL CREDIT UNION
Nonpriority Creditor's Name

P.O. BOX 3700
Number   Street

Merrifield                            VA          22119
City                                  State       ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   9642

When was the debt incurred?   08/14/2016

$   2,903.00

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify   Credit Card

---

**4.1**   ONEMAIN
Nonpriority Creditor's Name

601 NW 2ND St
Number   Street

Evansville                            IN          47706-1010
City                                  State       ZIP Code

**Who incurred the debt? Check one.**
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No

Last 4 digits of account number   5318

When was the debt incurred?   04/06/2023

$   9,026.85

**As of the date you file, the claim is:** Check all that apply
- [ ] Contingent
- [ ] Unliquidated
- [x] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify

---

Debtor 1  ANTONICIA            HOLMES                    Case number (*if known*)  25-14985
          First Name    Middle Name    Last Name

| Part 2: | Your NONPRIORITY Unsecured Claims - Continuation Page |
| --- | --- |

After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth.          **Total claim**

☐ Yes                                    Consumer Loan

---

**4.16**

| SMECO | Last 4 digits of account number  0929 | $  2,980.54 |
| --- | --- | --- |

Nonpriority Creditor's Name

P.O. BOX 1937                      **When was the debt incurred?**  05/30/2025
Number    Street

Hughesville              MD        20637-1937
City                     State     ZIP Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.              ☐ Contingent
☑ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☑ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans
                                                  ☐ Obligations arising out of a separation agreement or divorce
**Is the claim subject to offset?**                    that you did not report as priority claims
☑ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☑ Other. Specify

                                                  Electric Utility Bill

---

**4.20**

| SNAP FINANCE / SNAP RTO LLC | Last 4 digits of account number  6XMD | $  7,819.48 |
| --- | --- | --- |

Nonpriority Creditor's Name

P.O. BOX 26561                     **When was the debt incurred?**  01/24/2025
Number    Street

Salt Lake City           UT        84126
City                     State     ZIP Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.              ☐ Contingent
☑ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☑ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

☐ **Check if this claim is for a community debt**   ☐ Student loans
                                                  ☐ Obligations arising out of a separation agreement or divorce
**Is the claim subject to offset?**                    that you did not report as priority claims
☑ No                                              ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Yes                                             ☑ Other. Specify

                                                  Consumer Loan

---

**4.18**

| VERIZON FIOS | Last 4 digits of account number  0142 | $  645.23 |
| --- | --- | --- |

Nonpriority Creditor's Name

P.O. BOX 16801                     **When was the debt incurred?**  04/11/2025
Number    Street

Newark                   NJ        07101-6801
City                     State     ZIP Code          **As of the date you file, the claim is:** Check all that apply

**Who incurred the debt?** Check one.              ☐ Contingent
☑ Debtor 1 only                                   ☐ Unliquidated
☐ Debtor 2 only                                   ☑ Disputed
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another          **Type of NONPRIORITY unsecured claim:**

                                                  ☐ Student loans

---

| Debtor 1 | ANTONICIA | HOLMES | Case number *(if known)* | 25-14985 |
| | First Name | Middle Name | Last Name | |

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims - Continuation Page**

| After listing any entries on this page, number them beginning with 4.., followed by 4.5, and so forth. | Total claim |
|---|---|

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  Cable Bill

---

| 4.2 | WELLS FARGO BANK, NA | | Last 4 digits of account number  XXXX | | $  17,479.00 |
|---|---|---|---|---|---|

Nonpriority Creditor's Name

P.O. BOX 71092
Number    Street

| Charlotte | NC | 28272 |
| City | State | ZIP Code |

**When was the debt incurred?**  10/06/2022

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
  Consumer Loan

---

| Debtor 1 | ANTONICIA | | HOLMES | Case number *(if known)* 25-14985 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 3: List Others to Be Notified About a Debt That You Already Listed

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

---

CREDIT COLLECTIONS SERV
Name

725 CANTON ST
Number    Street

Norwood            MA    02062-2679
City               State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.13  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  4036

---

SPRING OAKS CAPITAL
Name

1400 CROSSWAYS BLVD
Number    Street

STE 100b

Chesapeake         VA    23320
City               State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.10  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  6765

---

CARSON SMITHFIELD
Name

P.O. BOX 9216
Number    Street

Old Bethpage        NY    11804-9216
City               State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.7  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  4077

---

CONSERVE /
Name

Continental Service Group, LLC
Number    Street

P.O. BOX 9

Fairport            NY    14450-0009
City               State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 2.1  of *(Check one)*:  ☑ Part 1: Creditors with Priority Unsecured Claims
☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  6492

---

RGS FINANCIAL, LLC
Name

1700 Jay Ell Drive
Number    Street

Richardson          TX    75081
City               State  ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line 4.8  of *(Check one)*:  ☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number  2401

---

Asset Recovery Solutions, LLC
Name

**On which entry in Part 1 or Part 2 did you list the original creditor?**

---

Debtor 1  ANTONICIA                HOLMES                              Case number (*if known*)  25-14985
          First Name    Middle Name    Last Name

| 5250 Old Orchard Rd | | | Line 4.4 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Suite 200 | | | |
| Skokie | IL | 60077 | **Last 4 digits of account number**  1229 |
| City | State | ZIP Code | |

| Asset Recovery Solutions, LLC | | | **On which entry in Part 1 or Part 2 did you list the original creditor?** |
| Name | | | |
| 5250 Old Orchard Rd | | | Line 4.5 of (*Check one*): ☐ Part 1: Creditors with Priority Unsecured Claims |
| Number    Street | | | ☑ Part 2: Creditors with Nonpriority Unsecured Claims |
| Suite 200 | | | |
| Skokie | IL | 60077 | **Last 4 digits of account number**  1768 |
| City | State | ZIP Code | |

Debtor 1   ANTONICIA      HOLMES      Case number (*if known*) 25-14985
     First Name    Middle Name    Last Name

| Part 4: | Add the Amounts for Each Type of Unsecured Claim |
|---|---|

6. **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. § 159.**
   **Add the amounts for each type of unsecured claim.**

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. $ 0.00 |
|  | 6b. | **Taxes and certain other debts you owe the government** | 6b. $ 3,450.35 |
|  | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. $ 0.00 |
|  | 6d. | **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. + $ 0.00 |
|  | 6e. | **Total.** Add lines 6a through 6d. | 6e. $ 3,450.35 |

|  |  |  | Total claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. $ 214,392.00 |
|  | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. $ 0.00 |
|  | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. $ 0.00 |
|  | 6i. | **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. + $ 66,670.35 |
|  | 6j. | **Total.** Add lines 6f through 6i. | 6j. $ 281,062.35 |

| Fill in this information to identify your case: | |
|---|---|

**Debtor 1** ANTONICIA        HOLMES

First Name    Middle Name    Last Name

**Debtor 2**
(Spouse, if filing)

First Name    Middle Name    Last Name

United States Bankruptcy Court for the: District of Maryland

**Case number** 25-14985
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Describe Employment |
|---|---|

**1. Fill in your employment information.**

If you have more than one job, attach a separate page with information about additional employers.

Include part-time, seasonal, or self-employed work.

Occupation may Include student or homemaker, if it applies

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **Employment Status** | | ☐ Employed<br>☑ Not employed | ☐ Employed<br>☐ Not employed |
| **Occupation** | | _____ | _____ |
| **Employer's name** | | _____ | _____ |
| **Employer's address** | | _____<br>Number  Street | _____<br>Number  Street |
| | | _____<br>City  State  Zip Code | _____<br>City  State  Zip Code |
| **How long employed there?** | | _____ | _____ |

| Debtor 1 | ANTONICIA | | HOLMES | | Case number *(if known)* | 25-14985 |
|---|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | | |

| **Part 2:** | **Give Details About Monthly Income** |
|---|---|

Estimate monthly income as of the date you file this form. If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | $ 0.00 | $ |
| 3. | **Estimate and list monthly overtime pay.** | 3. | + $ 0.00 | + $ |
| 4. | **Calculate gross income.** Add line 2 + line 3. | 4. | $ 0.00 | $ |
| | Copy line 4 here .......................................................................➜ | 4. | $ 0.00 | $ |
| 5. | List all payroll deductions: | | | |
| | 5a. **Tax, Medicare, and Social Security deductions** | 5a. | $ 0.00 | $ |
| | 5b. **Mandatory contributions for retirement plans** | 5b. | $ 0.00 | $ |
| | 5c. **Voluntary contributions for retirement plans** | 5c. | $ 0.00 | $ |
| | 5d. **Required repayments of retirement fund loans** | 5d. | $ 0.00 | $ |
| | 5e. **Insurance** | 5e. | $ 0.00 | $ |
| | 5f. **Domestic support obligations** | 5f. | $ 0.00 | $ |
| | 5g. **Union dues** | 5g. | $ 0.00 | $ |
| | 5h. **Other deductions.** Specify: _____ | 5h. | + $ 0.00 | + $ |
| | _____ | 5h. | + $ | + $ |
| 6. | **Add the payroll deductions.** Add lines 5a + 5b + 5c + 5d + 5e +5f + 5g + 5h. | 6. | $ 0.00 | $ |
| 7. | **Calculate total monthly take-home pay.** Subtract line 6 from line 4. | 7. | $ 0.00 | $ |
| 8. | List all other income regularly received: | | | |
| | 8a. **Net income from rental property and from operating business, profession, or farm** | | | |
| | Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ |
| | 8b. **Interest and dividends** | 8b. | $ 0.00 | $ |
| | 8c. **Family support payment that you, a non-filing spouse, or a dependent regularly receive** | | | |
| | Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ |
| | 8d. **Unemployment compensation** | 8d. | $ 0.00 | $ |

Debtor 1    ANTONICIA                    HOLMES                          Case number *(if known)*  25-14985
            First Name    Middle Name    Last Name

|  |  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| 8e. | Social Security | 8e. | $        0.00 | $ |
| 8f. | **Other government assistance that you regularly receive** | | | |
| | Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. | | | |
| | Specify: | 8f. | $      536.00 | $ |
| | | 8f. | $ | $ |
| 8g. | Pension or retirement income | 8g. | $        0.00 | $ |
| 8h. | Other monthly income. Specify: | 8h. | + $        0.00 | + $ |
| | | 8h. | + $ | + $ |
| 9. | **Add all other income.** Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h. | 9. | $      536.00 | $ |
| 10. | **Calculate monthly income. Add line 7 + line 9.** Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse. | 10. | $      536.00  + | $            =  $      536.00 |

**11. State all other regular contributions to the expenses that you list in** *Schedule J.*

Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*

Specify:  Contributions from my dependent son's monthly SSI payments.  Monthly contributions from adult daughter to assist with household bills (e.g., utilities, food, rent)                11.  + $      900.00

**12. Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.
Write that amount on the *Summary of Your Assets and Liabilities and Certain Statistical Information,* if it applies    12.   $      1,436.00

**Combined monthly income**

**13. Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☑ Yes. Explain:  I expect an increase in income this year. I am applying for unemployment benefits. But I am currently looking for new employment and should be re-employed by the end of the year.

**Fill in this information to identify your case:**

Debtor 1    ANTONICIA                                HOLMES
             First Name        Middle Name    Last Name

Debtor 2
(Spouse, if filing)
             First Name        Middle Name    Last Name

United States Bankruptcy Court for the:  District of Maryland

Case number    25-14985
(if known)

Check if this is:

☑ An amended filing

☐ A supplement showing postpetition chapter 13
    income as of the following date:

    _____
    MM / DD / YYYY

Official Form 106J

# Schedule J: Your Expenses

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.

    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No

        ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household of Debtor 2.*

2.  **Do you have dependents?**

    Do not list Debtor 1 and Debtor 2.

    Do not state the dependents' names.

    ☐ No

    ☑ Yes. Fill out this information for each dependent ....................

    | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
    |---|---|---|
    | HARU CARTER IV | 34 | ☐ No  ☑ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

    ☐ No

    ☑ Yes

## Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | **Your expenses** |
|---|---|---|
| 4. **The rental or home ownership expenses for your residence.** Include first mortgage payments and any rent for the ground or lot. | 4. | $ _____ |
| If not included in line 4: | | |
| 4a.  Real estate taxes | 4a. | $ 3,900.00 |
| 4b.  Property, homeowner's, or renter's insurance | 4b. | $ 3,300.00 |
| 4c.  Home maintenance, repair, and upkeep expenses | 4c. | $ _____ |
| 4d.  Homeowner's association or condominium dues | 4d. | $ _____ |
| 5. **Additional mortgage payments for your residence,** such as home equity loans | 5. | $ _____ |
| 6. **Utilities:** | | |
| 6a.  Electricity, heat, natural gas | 6a. | $ 260.00 |

Debtor 1    ANTONICIA    HOLMES    Case number *(if known)* 25-14985

First Name    Middle Name    Last Name

|  | | Your expenses |
|---|---|---:|
| 6b. Water, sewer, garbage collection | 6b. $ | 60.00 |
| 6c. Telephone, cell phone, Internet, satellite, and cable services | 6c. $ | 107.00 |
| 6d. Other Specify: _____ | 6d. $ | |
| 7. **Food and housekeeping supplies** | 7. $ | 500.00 |
| 8. **Childcare and children's education costs** | 8. $ | |
| 9. **Clothing, laundry, and dry cleaning** | 9. $ | |
| 10. **Personal care products and services** | 10. $ | 50.00 |
| 11. **Medical and dental expenses** | 11. $ | |
| 12. **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. $ | 100.00 |
| 13. **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. $ | |
| 14. **Charitable contributions and religious donations** | 14. $ | |
| 15. **Insurance.** Do not include insurance deducted from your pay or included in lines 4 or 20 | | |
| 15a. Life insurance | 15a. $ | |
| 15b. Health insurance | 15b. $ | |
| 15c. Vehicle insurance | 15c. $ | |
| 15d. Other. Specify: _____ | 15d. $ | |
| 16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. $ | |
| 17. **Installment or lease payments:** | | |
| 17a. Car payments for Vehicle 1 | 17a. $ | 362.00 |
| 17b. Car payments for Vehicle 2 | 17b. $ | 404.00 |
| 17c. Other. Specify: _____ | 17c. $ | |
| 17d. Other. Specify: _____ | 17d. $ | |
| 18. **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. $ | |
| 19. **Other payments you make to support others who do not live with you.** Specify: _____ | 19. $ | |
| 20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*** | | |
| 20a. Mortgages on other property | 20a. $ | 209.00 |
| 20b. Real estate taxes | 20b. $ | |
| 20c. Property, homeowner's, or renter's insurance | 20c. $ | |

Debtor 1   ANTONICIA          HOLMES
           First Name   Middle Name   Last Name                           Case number (if known)  25-14985

| | | | Your expenses |
|---|---|---|---|
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ 90.00 |
| 20e. | Homeowner's association or condominium dues | 20e. | $ |
| 21. | **Other.** Specify: Timeshare monthly payment and bi-annual maintenance fees broken down to monthly cost amount. | 21. | +$ |

**22. Calculate your monthly expenses.**

| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | 22a. | $ 9,342.00 |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | 22b. | $ |
| 22c. | Add line 22a and 22b. The result is your monthly expenses. | 22c. | $ 9,342.00 |

**23. Calculate your monthly net income.**

| | | | |
|---|---|---|---|
| 23a. | Copy line 12 (your combined monthly income) from Schedule I. | 23a. | $ 1,436.00 |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ 9,342.00 |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your monthly net income. | 23c. | $ 0.00 |

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☑ Yes. Explain here:   I expect my Mortgage payments to decrease after settlement of case. Also, Homeowners insurance will no longer be required and utility bills should decrease.

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | ANTONICIA | | HOLMES |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse, if filing) | | | |
| | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | District of Maryland | | |
| Case number (If known) | 25-14985 | | |

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No

☐ Yes. Name of person _____ . Attach Bankruptcy Petition Preparer's Notice, Declaration, and Signature (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

X _____  X _____
Signature of Debtor 1                        Signature of Debtor 2

Date 06/17/2025                              Date _____
    MM / DD / YYYY                                MM / DD / YYYY